1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA

10          January 2014 Grand Jury

11  UNITED STATES OF AMERICA,   )   CR No. 14-
                                )
12                              )   I N D I C T M E N T
              Plaintiff,        )
13                              )   [16 U.S.C. §§ 3372(d)(2),
          v.                    )   3373(d)(3): False Labeling of
14                              )   Wildlife in Foreign Commerce;
    KWONG WA CHEUNG,            )   18 U.S.C. § 554: Attempted
15    aka "Kevin Cheung,"       )   Smuggling of Goods Outside the
                                )   United States]
16                              )
              Defendant.        )
17                              )

18

19      The Grand Jury charges:

20              COUNTS ONE THROUGH THREE

21          [16 U.S.C. §§ 3372(d)(2), 3373(d)(3)]

22      On or about August 13, 2013, in Los Angeles County, within

23  the Central District of California, defendant KWONG WA CHEUNG,

24  also known as "Kevin Cheung" ("CHEUNG"), knowingly made and

25  submitted a false record and label for packages bearing the

26  shipping label numbers set forth below for wildlife that

27  defendant CHEUNG intended to transport in foreign commerce.

28  Specifically, for the packages bearing the shipping label

numbers set forth below, defendant CHEUNG made and submitted a false written record and label that falsely stated that the package being shipped from the United States to Hong Kong contained "TOYS ACCES (MODEL)," when, in truth and in fact, as defendant CHEUNG then well knew, each package contained 12 or more turtles or tortoises of the species indicated below.

| COUNT | SHIPPING LABEL NUMBER | SPECIES INSIDE PACKAGE |
|---|---|---|
| ONE | EI 699964790 US | African Spurred tortoise (Geochelone sulcata) |
| TWO | EI 699964809 US | Eastern Box turtle (Terrapene carolina carolina) |
| THREE | EI 699964812 US | Eastern Box turtle (Terrapene carolina carolina) |

COUNTS FOUR THROUGH SIX

[18 U.S.C. § 554]

On or about August 13, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant KWONG WA CHEUNG, also known as "Kevin Cheung" ("CHEUNG"), knowingly and fraudulently attempted to export and send merchandise, articles, and objects, namely, the turtle and tortoise species described below, in packages bearing the shipping label numbers described below, from the United States to Hong Kong, knowing that such attempted exportation was contrary to law and regulation of the United States. Specifically, on or about August 13, 2013, defendant CHEUNG knowingly and fraudulently, and knowing that such attempted exportation was contrary to law, presented for shipment from the United States to Hong Kong, packages with the following shipping label numbers, which defendant CHEUNG declared as containing "TOYS ACCES (MODEL)," but which, as defendant then well knew, contained 12 or more turtles or tortoises of the species indicated below, in violation of Title

1   16, United States Code, Sections 1538(c) and 1540(b), and Title

2   50, Code of Federal Regulations, Section 23.13.

3   | COUNT | SHIPPING LABEL NUMBER | SPECIES OF TURTLE OR TORTOISE |
|---|---|---|
| FOUR | EI 699964790 US | African Spurred tortoise (Geochelone sulcata) |
| FIVE | EI 699964809 US | Eastern Box turtle (Terrapene carolina carolina) |
| SIX | EI 699964812 US | Eastern Box turtle (Terrapene carolina carolina) |

11                              A TRUE BILL

13                              /s/
                             Foreperson

16  ANDRÉ BIROTTE JR.
    United States Attorney

17  Scott Garringer
    Deputy Chief, Criminal Division for:
18  ROBERT E. DUGDALE
    Assistant United States Attorney
19  Chief, Criminal Division

21  JOSEPH O. JOHNS
    Assistant United States Attorney
22  Chief, Environmental Crimes Section

23  MARK A. WILLIAMS
    Assistant United States Attorney
24  Deputy Chief, Environmental Crimes Section

25  DENNIS MITCHELL
    Assistant United States Attorney
26  Environmental Crimes Section